

**SO ORDERED.**
**SIGNED this 16th day of September, 2020**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF TENNESSEE

In re

JAMES DONALD FREDERICKSON

Case No. 3:20-bk-31836-SHB
Chapter 13

Debtor

### O R D E R

This matter came for hearing on September 16, 2020, on the Order entered by the Court on August 18, 2020 [Doc. 12], directing Debtor, *pro se*, to appear and show cause why this case should not be dismissed for failure to file the Certificate of Credit Counseling; Statement Regarding Payment Advices; Schedules A/B through J; Declaration About Schedules; Summary of Assets and Liabilities and Certain Statistical Information; Statement of Financial Affairs; Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period (Form 122C-1); Chapter 13 Plan; and Debtor Electronic Noticing Election (DeBN) and for failing to sign and file the Verification of Creditor Matrix and Social Security Number Certification per the Notice of Additional Documents and Memorandum from the Clerk's office, both dated August 3, 2020.  Debtor did not appear at the hearing.

As stated on the record in open court, because Debtor failed to appear at the September 16 hearing in compliance with the August 18 Order; has failed to establish that he met the pre-petition credit counseling briefing requirements of 11 U.S.C. § 109(h); and has not complied with 11 U.S.C. §§ 521(a)(1) or 1321, Rules 1007(b) and 3015(b), E.D. Tenn. LBR 9036-1(b)(1), the Notice of Additional Documents to be Filed, and the Memorandum from the Clerk's office by filing the required documents, this case is DISMISSED.

###